UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO.: 7:11-CV-180-BR

JANE DOE NO. 10, by and through her
principal and attorney-in-fact,
CAROLYN MCKINNEY,

        Plaintiff,

v.

SOUTHEASTERN NORTH CAROLINA YOUTH
BASKETBALL ASSOCIATION,
GRACE HARBOR CHURCH, and
FREDDIE LAMONT WILSON,

        Defendants.

## DEFAULT

Upon Plaintiff's Motion for Entry of Default by the Clerk, and having been otherwise advised and good cause shown,

Default is hereby entered in this action against the Defendant, SOUTHEASTERN NORTH CAROLINA YOUTH BASKETBALL ASSOCIATION, for failure to serve or file any paper as required by law.

DONE AND ORDERED at United States District Court, Eastern District of North Carolina, Southern Division, this 8th day of March, 2013.

By: _____
        Clerk